# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Safeco Insurance Company of America ) ASBCA No. 60102
)
Under Contract No. W912DS-06-C-0023 )

APPEARANCES FOR THE APPELLANT:     Vivian Katsantonis, Esq.
                                   Christopher M. Harris, Esq.
                                     Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
                                   McLean, VA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                     Engineer Chief Trial Attorney
                                   Lorraine C. Lee, Esq.
                                     Engineer Trial Attorney
                                   U.S. Army Engineer District, New York

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 21 October 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60102, Appeal of Safeco Insurance Company of America, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals